# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0031. HUIMING SONG v. EGPS SOLUTIONS I, INC. et al.**

In this derivative and breach of fiduciary duty action, the trial court ordered plaintiff Huiming Song and attorney Robert J. Kaufmann, jointly and severally, to pay $281,053.28 in attorney fees and expenses to Champion Instruments, LLC, under both OCGA § 9-15-14 and OCGA § 14-11-806. The court also ordered Song to pay $57,812.05 in attorney fees and expenses to eGPS Solutions I, Inc. and Travis Pruitt, Jr., under OCGA § 9-15-14 and OCGA § 14-2-746. Song filed this application for discretionary appeal from both orders.

An appeal from an award of OCGA § 9-15-14 attorney fees generally requires a discretionary application. See OCGA § 5-6-35 (a) (10). However, it does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies to awards under OCGA § 14-11-806 or OCGA § 14-2-746. Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." Accordingly, the awards in this case — each made under both § 9-15-14 and § 14-11-806/§ 14-2-746, respectively — are subject to direct appeal. See *Hart v. Redmond Regional Med. Center*, 300 Ga. App. 641, 642 n.6 (686 SE2d 130) (2009) (final award of attorney fees under OCGA § 9-15-14 and OCGA § 9-11-37 is directly appealable); *Hallman v. Emory University*, 225 Ga. App. 247, 249-250 (483 SE2d 362) (1997) (OCGA § 9-15-14 award directly appealable since attorney fees were also awarded pursuant to OCGA § 51-7-80) (physical precedent only).

We will grant a timely discretionary application if the lower court's order is

subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Song shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal, he need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/29/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*